371 A.2d 523
Traino v. Traino, Appellant.

Argued September 13, 1976. Herman Winderman, with him Pepper and Winderman, for appellant; Susan J. Cherner, for appellee.

Order affirmed.

371 A.2d 523
Tworkoski et al. v. Karom et al., Appellants.

Argued September 21, 1976. Wardell F. Steigerwalt, for appellants; Robert P. Grim, for appellees.

Decree affirmed.